DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SELAMAWIT TEWOLDE and TESGAI FISSHA,

Appellants,

v.

PROFESSIONAL SECURITY CONSULTANTS; BRANDON SHOPPING
CENTER PARTNERS, LTD.; AND WESTFIELD PROPERTY
MANAGEMENT, LLC,

Appellees.

No. 2D2023-2676

_____

May 6, 2026

Appeal from the Circuit Court for Hillsborough County; Jennifer
Gabbard, Judge.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for Appellants.

Hinda Klein of Conroy Simberg, Hollywood, for Appellee Professional
Security Consultants.

R.G. (Mack) McCormick, Jr., Josephine B. Rahn, and Austin A. Walker of
Bleakley, Bavol, Denman & Grace, Tampa, for Appellees Brandon
Shopping Center Partners, Ltd. and Westfield Property Management,
LLC.

PER CURIAM.

        Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.